```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 18809
  TRIVIA S MURRY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9159


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/22/2008 and was not confirmed.

     The case was dismissed without confirmation 12/01/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------

ONYX ACCEPTANCE CORP       SECURED VEHIC     30674.01           .00        906.88
ONYX ACCEPTANCE CORP       UNSECURED           503.20           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY            429.05           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00           .00
CITY COUNTY CREDIT UNION   NOTICE ONLY      NOT FILED           .00           .00
CONDOR CAPITAL CORP        UNSECURED          20152.34          .00           .00
COMCAST                    UNSECURED        NOT FILED           .00           .00
CITY COUNTY CREDIT UNION   NOTICE ONLY      NOT FILED           .00           .00
RICHARD FLEMONS            UNSECURED        NOT FILED           .00           .00
IDES                       UNSECURED            992.05          .00           .00
MAZDA AMERICAN CREDIT      NOTICE ONLY      NOT FILED           .00           .00
MEDICAL RECOVERY SPECIAL   UNSECURED        NOT FILED           .00           .00
TRINITY HOSPITAL           NOTICE ONLY      NOT FILED           .00           .00
PROGRESSIVE INSURANCE CO   UNSECURED        NOT FILED           .00           .00
EMERGENCY PHYSICIANS       UNSECURED        NOT FILED           .00           .00
BALLYS TOTAL FITNESS       UNSECURED           1807.58          .00           .00
SBC                        UNSECURED            378.80          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED             42.24          .00           .00
M & M APARTMENTS           NOTICE ONLY      NOT FILED           .00           .00
MARY ALLEN                 NOTICE ONLY      NOT FILED           .00           .00
LEGAL HELPERS PC           DEBTOR ATTY       1,850.00                         .00
TOM VAUGHN                 TRUSTEE                                          70.36
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                977.24

PRIORITY                                              .00
SECURED                                            906.88
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                70.36

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18809 TRIVIA S MURRY
```

```
DEBTOR REFUND                                                           .00
                                     ----------------        ----------------
TOTALS                                       977.24                  977.24
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                           /s/ Tom Vaughn
                                          _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE